No. 977. SILK CENTER BUILDING, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for

the Third Circuit denied. *Mr. Fred A. Woodis* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Sewall Key* for respondent.